UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00134-FDW-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DAVID EARL WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motion to Reduce Sentence (Doc. No. 3075) and related motion (Doc. No. 3119). The Court DENIES AS MOOT both motions.

While Defendant's motions for compassionate release were pending, Defendant was released from the custody of the Bureau of Prisons. (See https://www.bop.gov/inmateloc/ visited 5/12/2022). After reviewing the relief requested by Defendant in his motions and his specific arguments asserted in support thereof, the Court DENIES AS MOOT Defendant's motions.

IT IS THEREFORE ORDEREED that Defendant's Motions for Compassionate Release (Doc. No. 3075, 3119) are DENIED AS MOOT.

IT IS SO ORDERED.

Signed: May 12, 2022

Frank D. Whitney
United States District Judge